IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUANGZHOU LUCK COMMERCE CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>Defendants. | Case No.: 1:23-cv-1876<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 20, 2023, at 9:30a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Jorge L. Alonso in Courtroom 1903 via teleconference at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of a Preliminary Injunction.

DATED June 14, 2023

                                                                     Respectfully submitted,
                                                                     /s/ Ge (Linda) Lei
                                                                     Ge (Linda) Lei
                                                                     Getech Law LLC
                                                                     203 N LaSalle St
                                                                     Suite 2100
                                                                     Chicago, IL 60601
                                                                     Tel.: 312-888-6633
                                                                     Attorney No. 6313341
                                                                     linda.lei@getechlaw.com

                                                                     *ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 14, 2023, via the Court's CM/ECF system NextGen.

                                                /s/ Ge (Linda) Lei
                                                Ge (Linda) Lei