# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUANGZHOU LUCK COMMERCE CO. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>    Defendants. | Case No.: 1:23-cv-1876<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney representing Guangzhou Luck Commerce Co. Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

    a. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

    b. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the owner associated with the Defendant Internet Store and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe

that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the July 26, 2023 at Chicago, Illinois

/s/ Ge (Linda) Lei
Ge (Linda) Lei